United States District Court
For the Northern District of California

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS, | No. C04-04086 HRL |
|     Plaintiff,<br>v. | Consolidated With:  C04-04768 HRL<br>C05-01242 HRL<br>C05-01833 HRL<br>C05-04695 HRL |
| SAN JOSE STATE UNIVERSITY, | **ORDER DENYING PLAINTIFF'S REQUEST FOR CONTINUANCE** |
|     Defendant. | **[Re: Docket No. 87]** |

On August 30, 2006, plaintiff filed a request for a two-month continuance, stating his understanding that the September 12, 2006 status conference set by this court has been vacated. He is mistaken. Indeed, this court's August 10, 2006 order confirms that a conference will be held on September 12, 2006 in this consolidated action. Plaintiff's request for a continuance is DENIED. The court expects the parties to appear for the status conference on **September 12, 2006, 1:30 p.m. in Courtroom 2** as previously ordered.

IT IS SO ORDERED.

Dated: September 5, 2006

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1  A copy of this order will be mailed to:

2
   Piotr J. Gardias
3  72 Floyd St.
   San Jose, CA 95110
4

5  Mary Susan Cain-Simon
   California Attorney General's Office
6  1515 Clay Street, 20th Floor
   P. O. Box 70550
7  Oakland, CA 94612-0550

8

9  Dated:   9/5/06                    _____ /s/ _____
                                      Chambers of Magistrate Judge Lloyd
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28