NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS,<br><br>    Plaintiff,<br>  v.<br><br>SAN JOSE STATE UNIVERSITY,<br><br>    Defendant. | No. C04-04086 HRL<br><br>Consolidated With:  C04-04768 HRL<br>                     C05-01242 HRL<br>                     C05-01833 HRL<br>                     C06-04695 HRL<br><br>**ORDER DENYING PLAINTIFF'S "FIRST MOTION FOR JUDGMENT"**<br><br>**[Re: Docket No. 103]** |

On September 18, 2006, plaintiff filed a "First Motion for Judgment," requesting monetary or other sanctions against defense counsel. This court finds that the motion is suitable for disposition without oral argument. See CIV. L.R. 7-1(b). In essence, plaintiff is upset that defense counsel (Mary Cain-Simon) contacted his former Assisted Settlement Counsel (Gregory Charles) without his knowledge, and he disputes the veracity of Cain-Simon's statements to Charles. However, upon review of plaintiff's motion, this court finds no grounds for sanctions. Accordingly, plaintiff's motion is DENIED, and the October 31, 2006 hearing is VACATED.

IT IS SO ORDERED.

Dated:  September 28, 2006

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 | A copy of this order will be mailed to:
2 |
3 | Piotr J. Gardias
  | 72 Floyd St.
  | San Jose, CA 95110
4 |
5 | Mary Susan Cain-Simon
  | California Attorney General's Office
6 | 1515 Clay Street, 20th Floor
  | P. O. Box 70550
7 | Oakland, CA 94612-0550
8 |
9 | Dated:   9/28/06                              /s/
  |                                  _____
  |                                  Chambers of Magistrate Judge Lloyd