**United States District Court**
For the Northern District of California

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS, | No. C04-04086 HRL |
| Plaintiff, | Consolidated With:   C04-04768 HRL |
| v. | C05-01242 HRL |
| | C05-01833 HRL |
| | C05-04695 HRL |
| SAN JOSE STATE UNIVERSITY, | **ORDER GRANTING DEFENDANT'S REQUEST TO CONTINUE STATUS CONFERENCE** |
| Defendant. | |

Defendant moves for a continuance of the December 19, 2006 status conference, indicating that defense counsel will be unavailable. Plaintiff has advised the court that he objects to the request. Indeed, this matter has been pending for some time, and the court is not particularly keen on continuing the matter further. Nevertheless, it does not believe that a status conference will be fruitful unless lead counsel is present. Accordingly, defendant's request for a continuance is GRANTED. The December 19, 2006 status conference is **continued to January 9, 2007, 1:30 p.m. in Courtroom 2**. Lead counsel shall attend. Absent a life-threatening emergency, or other similar extreme circumstance, no further continuance of the conference will be granted.

Dated:   December 18, 2006

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

A copy of this order will be mailed to:

Piotr J. Gardias
72 Floyd St.
San Jose, CA 95110

    Pro Se Plaintiff

Mary Susan Cain-Simon
California Attorney General's Office
1515 Clay Street, 20th Floor
P. O. Box 70550
Oakland, CA 94612-0550

    Counsel for Defendant

Dated:   12/18/06                    /s/
                              Chambers of Magistrate Judge Lloyd