**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                                          NOT FOR CITATION

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                       SAN JOSE DIVISION

11

12   PIOTR J. GARDIAS,                       No. C04-04086 HRL

            Plaintiff,                       Consolidated With:   C04-04768 HRL
13                                                                           C05-01242 HRL
                                                                             C05-01833 HRL
14   v.                                                                      C06-04695 HRL

15   SAN JOSE STATE UNIVERSITY,              **ORDER DENYING WITHOUT
                                             PREJUDICE PLAINTIFF'S MOTIONS
16                                           FOR JUDGMENT, NOS. 1 THROUGH 6**

17            Defendant.                     **[Docket Nos. 118, 120, 121, 122, 131, 134]**
                                    /
18

19        Plaintiff has filed six "Motions for Judgment" in which he asks this court to enter

20   judgment in his favor based upon a number of documents which he contends support his

21   allegations in this litigation.  The motions have been noticed for separate hearings spread over

22   successive weeks in February and March 2007.

23        Attempting to dispose of this litigation in such piecemeal fashion is inefficient and is not

24   contemplated by the Federal Rules of Civil Procedure.  The court suggests that plaintiff file a

25   single motion for summary judgment which addresses all issues and all supporting evidence.[1]

26   Moreover, at the status conference held on January 9, 2007, plaintiff stated that he is seeking

27

28

_____

        [1]       The court has set a September 25, 2007 deadline for the filing of dispositive
motions, and October 30, 2007 is the last date for a hearing on any such motion.

1   additional discovery from defendant.  Therefore, the court concludes that it makes sense for

2   plaintiff to wait until he has all of his discovery before filing his motion for summary judgment.

3          Accordingly, plaintiff's six pending motions for judgment are DENIED WITHOUT

4   PREJUDICE, and the noticed hearing dates are VACATED.

5          IT IS SO ORDERED.

6   Dated:    January 16, 2007

7                                                                    _____
                                                                     HOWARD R. LLOYD
8                                                                    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1

**A copy of this document will be mailed to**:

2   Piotr J. Gardias
    72 Floyd St.
3   San Jose, CA 95110

4          Pro Se Plaintiff

5   Mary Susan Cain-Simon
    CA State Attorney General's Office
6   1515 Clay Street, 20th Floor
    P. O. Box 70550
7   Oakland, CA 94612-0550

8          Counsel for Defendant

9   Dated:   1/16/07          _____/s/_____
                              Chambers of Magistrate Judge Lloyd
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

3