United States District Court
For the Northern District of California

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAN JOSE STATE UNIVERSITY,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　／ | No. C04-04086 HRL<br><br>Consolidated With:　C04-04768 HRL<br>　　　　　　　　　　C05-01242 HRL<br>　　　　　　　　　　C05-01833 HRL<br>　　　　　　　　　　C06-04695 HRL<br><br>**ORDER DENYING PLAINTIFF'S<br>"MOTION TO COMPEL NO. I"**<br><br>**[Docket No. 112]** |

　　　In this consolidated action for alleged employment discrimination, plaintiff Piotr Gardias (proceeding pro se) claims that defendant failed to promote him because of his age, national origin and an alleged disability.

　　　Presently before the court is plaintiff's "Motion to Compel No. I" in which he seeks leave to take discovery of defense counsel, Mary Cain-Simon. He asserts that she participated in a "set up" and violated his privacy by disclosing his medical information to persons at San Jose State University where he is employed. The time for filing any opposition or reply has passed, and none has been filed. Nevertheless, this court deems the matter suitable for determination without oral argument, and the January 30, 2007 motion hearing is VACATED. See CIV. L.R. 7-1(b). For the reasons stated below, the motion is DENIED.

Although the Federal Rules of Civil Procedure do not expressly prohibit the taking of discovery from opposing counsel, such discovery is generally permitted only under limited circumstances where the requesting party shows that (1) no other means exist to obtain the information; (2) the information sought is relevant and nonprivileged; and (3) the information is crucial to the preparation of the case. See Massachusetts Mutual Life Ins. Co. v. Cerf, 177 F.R.D. 472, 478-79 (N.D. Cal. 1998) (citing Shelton v. American Motors Corp., 805 F.2d 1323, 1327 (8th Cir. 1986)).

Here, plaintiff essentially claims that he should be permitted to take discovery of opposing counsel because she allegedly violated his privacy rights. However, plaintiff has not demonstrated that any of the three factors weigh in favor of permitting the discovery he seeks. In view of plaintiff's allegations in this litigation, the court is unpersuaded that the requested discovery is crucial to the preparation of his case, which concerns whether defendant wrongfully failed to promote him. Accordingly, IT IS ORDERED THAT plaintiff's motion for leave to take discovery of defense counsel is DENIED.

Dated: January 17, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **A copy of this document will be mailed to**:

2  Piotr J. Gardias
   72 Floyd St.
3  San Jose, CA 95110

4       Pro Se Plaintiff

5  Mary Susan Cain-Simon
   CA State Attorney General's Office
6  1515 Clay Street, 20th Floor
   P. O. Box 70550
7  Oakland, CA 94612-0550

8       Counsel for Defendant

9  Dated:   1/17/07                       /s/
                                  _____
                                  Chambers of Magistrate Judge Lloyd