**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                                    NOT FOR CITATION

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

PIOTR J. GARDIAS,                          No. C04-04086 HRL

12
            Plaintiff,                      Consolidated With:    C04-04768 HRL
13                                                                C05-01242 HRL
                                                                  C05-01833 HRL
14      v.                                                        C06-04695 HRL

15                                          **ORDER DENYING PLAINTIFF'S**
SAN JOSE STATE UNIVERSITY,                  **"MOTION TO COMPEL NO. II"**
16
                                            **[Docket No. 113]**
17            Defendant.
                                    /
18

19          This is a consolidated action for alleged employment discrimination filed by plaintiff

20   Piotr Gardias, who is proceeding pro se.  Presently before this court is plaintiff's "Motion to

21   Compel No. II."  In it, he seeks an order compelling responses to two letters that he apparently

22   sent to defense counsel on August 30, 2006 and September 13, 2006.  Indeed, at a status

23   conference held on January 9, 2007, plaintiff indicated that he would like answers to his written

24   correspondence.  The time for filing any opposition or reply brief concerning the instant motion

25   has passed, and none has been filed.  Nevertheless, the court deems this matter suitable for

26   determination without oral argument, and the January 30, 2007 hearing is VACATED.  See

27   CIV. L.R. 7-1(b).

28          Here, the referenced letters appear to comprise plaintiff's meet-and-confer

**United States District Court**
For the Northern District of California

1   correspondence on various discovery issues.  Motions to compel usually are brought to enforce

2   a party's compliance with its discovery and disclosure obligations under the Federal Rules of

3   Civil Procedure (e.g., to produce documents, answer interrogatories, appear for deposition,

4   etc.).  Such motions generally are not brought to compel responses to meet-and-confer

5   correspondence.  The court suggests that, instead of moving to compel responses to letters,

6   plaintiff's time will be better spent focusing on his actual discovery requests.  Accordingly,

7   plaintiff's motion to compel is DENIED.

8           Nonetheless, as discussed at the January 9, 2007 status conference, if plaintiff believes

9   that defendant has not complied with its disclosure obligations under the Federal Rules or that

10  its responses to his discovery requests are deficient, he may bring the matter to the court's

11  attention by filing and serving a motion in compliance with Federal Rule of Civil Procedure 37

12  and Civil Local Rules 7 and 37.  However, the court expects both parties to meet-and-confer

13  with one another in good faith to resolve the issues **before** any such motion is filed.  See

14  Fed.R.Civ.P. 37(a)(2); Civ. L.R. 37-1(a).

15          IT IS SO ORDERED.

16  Dated:   January 17, 2007

17                                                    _____
                                                      HOWARD R. LLOYD
18                                                    UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

**A copy of this document will be mailed to**:

Piotr J. Gardias
72 Floyd St.
San Jose, CA 95110

       Pro Se Plaintiff

Mary Susan Cain-Simon
CA State Attorney General's Office
1515 Clay Street, 20th Floor
P. O. Box 70550
Oakland, CA 94612-0550

       Counsel for Defendant

Dated:   1/17/07           /s/
                             Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California