United States District Court
For the Northern District of California

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS, | No. C04-04086 HRL |
| Plaintiff, | Consolidated With: C04-04768 HRL<br>C05-01242 HRL<br>C05-01833 HRL |
| v. | C06-04695 HRL |
| SAN JOSE STATE UNIVERSITY, | **INTERIM ORDER RE PLAINTIFF'S "MOTION TO COMPEL: REQUEST FOR HIRING DOCUMENTS"** |
| Defendant. | |

On January 22, 2007, plaintiff filed a "Motion to Compel: Request for Hiring Documents." However, it is not apparent that plaintiff made an effort to meet-and-confer with defense counsel before he filed his motion. A motion to compel discovery responses "must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without court action." FED.R.CIV.P. 37(a)(2)(B); see also CIV. L. R. 37-1 (the court will not entertain a motion to resolve a discovery dispute unless the parties have previously conferred in an attempt to resolve all disputed issues). Accordingly, IT IS ORDERED THAT:

1. Plaintiff and defense counsel shall promptly meet-and-confer on the issues raised by plaintiff's motion.

2.  **No later than February 9, 2007**, each party shall file and serve a declaration (a) detailing their meet-and-confer efforts on the issues; and (b) identifying the specific issues, if any, that have been resolved, as well as those that remain in dispute.

3.  Upon consideration of the parties' declarations, the court will determine what action (if any) will be taken with respect to plaintiff's motion.

Dated: January 29, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

**A copy of this document will be mailed to**:

Piotr J. Gardias
72 Floyd St.
San Jose, CA 95110

    Pro Se Plaintiff

Mary Susan Cain-Simon
CA State Attorney General's Office
1515 Clay Street, 20th Floor
P. O. Box 70550
Oakland, CA 94612-0550

    Counsel for Defendant

Dated:   1/29/07                                /s/
                                    Chambers of Magistrate Judge Lloyd