NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS, | No. C04-04086 HRL |
| Plaintiff, | Consolidated With: C04-04768 HRL<br>C05-01242 HRL<br>C05-01833 HRL |
| v. | C06-04695 HRL |
| SAN JOSE STATE UNIVERSITY, | **ORDER DENYING PLAINTIFF'S MOTIONS FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION** |
| Defendant. | |
| | **[Docket No. 179, 181]** |

Plaintiff moves for permission to file a motion for reconsideration of this court's April 17, 2007 "Order Granting in Part and Denying in Part Plaintiff's Motion to Compel Hiring Documents." Upon consideration of the papers submitted, the court finds that no further briefing or hearing is necessary. *See* Civ. L.R. 7-9(d). Plaintiff's request for leave to file a motion for reconsideration is DENIED. He has not presented any material facts or legal issues which would warrant the filing of a motion for reconsideration. *See* Civ. L.R. 7-9(b).

Some aspects of plaintiff's motions for leave to seek reconsideration seem to be, in effect, a request for additional discovery. If so, plaintiff should within the time available

1  employ customary discovery techniques to secure the information he seeks.

2      IT IS SO ORDERED.

3  Dated: May 9, 2007

4  _____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 | A copy of this document will be mailed to:

Piotr J. Gardias
72 Floyd Street
San Jose, CA 95110

    Plaintiff (Pro Se)

Mary Susan Cain-Simon
California State Attorney General's Office
1515 Clay Street, 20th Floor
P. O. Box 70550
Oakland, CA 94612-0550

    Counsel for Defendant

Dated: 05/09/2007    _____/s/_____
                            Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California