NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS, | No. C04-04086 HRL |
| Plaintiff, | Consolidated With:  C04-04768 HRL |
| v. | C05-01242 HRL |
| | C05-01833 HRL |
| | C06-04695 HRL |
| SAN JOSE STATE UNIVERSITY, | **ORDER RE JULY 10, 2007 HEARING** |
| Defendant. | |
| _____ / | |

On June 22, 2007, defendant filed several discovery motions along with a request to have those motions heard on shortened time. On that same day, plaintiff filed a request for a two-month continuance because of "[his] health conditions." The parties currently are scheduled to appear before this court on July 10, 2007 on plaintiff's motion to compel interrogatories. Accordingly, IT IS ORDERED THAT:

1. The July 10, 2007 hearing on plaintiff's motion to compel interrogatories (Docket No. 199) remains on calendar. <u>The parties shall appear at 10:00 a.m. in Courtroom 2</u>.

2. At that time, this court will also consider plaintiff's request for a two month continuance, as well as defendant's request for an order shortening time on its discovery

motions.

Dated: June 28, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  A copy of this document will be mailed to:

2  Piotr J. Gardias
3  72 Floyd Street
   San Jose, CA 95110

4      Plaintiff (Pro Se)

5  5:04-cv-4086 Notice has been electronically mailed to:

6  Mary Susan Cain-Simon Mary.CainSimon@doj.ca.gov, David.Moss@doj.ca.gov

7  Fiel D. Tigno fiel.tigno@doj.ca.gov