*E-FILED: 7.19.2007*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS,<br><br>    Plaintiff,<br><br>  v.<br><br>SAN JOSE STATE UNIVERSITY,<br><br>    Defendant.<br>_____/ | No. C04-04086 HRL<br><br>Consolidated With:  C04-04768 HRL<br>                           C05-01242 HRL<br>                           C05-01833 HRL<br>                           C06-04695 HRL<br><br>**ORDER RE PLAINTIFF'S APPLICATION FOR ORDER SHORTENING TIME**<br><br>**[Docket No. 228]** |

      This court has received a document titled "Application for Order Shortening Time Plaintiff's Motion for Order Quashing Subpoenas" filed by plaintiff Piotr Gardias. In it, plaintiff apparently objects (on privacy grounds) to subpoenas which have been issued by defendant. The court believes that plaintiff's objection is sufficient to preclude the production of requested documents. *See* FED.R.CIV.P. 45(c)(2)(B) ("If objection is made, the party serving the subpoena shall not be entitled to inspect, copy, test, or sample the materials or inspect, the premises except pursuant to an order of the court by which the subpoena was issued).

      However, if plaintiff seeks a court order quashing the subpoenas (and assuming that the subpoenas in question were issued by the Northern District of California), he must file a motion which complies with Civil Local Rule 7. To the extent he wishes to have that motion heard on

shortened time, he should also simultaneously file a request for an order shortening time which complies with Civil Local Rule 6-3.

IT IS SO ORDERED.

Dated: July 19, 2007



_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:04-cv-4086 A copy of this document will be mailed to**:

Piotr J. Gardias
72 Floyd Street
San Jose, CA 95110

  Plaintiff (Pro Se)

**Notice will be electronically mailed to**:

Mary Susan Cain-Simon Mary.CainSimon@doj.ca.gov, David.Moss@doj.ca.gov

Fiel D. Tigno fiel.tigno@doj.ca.gov

  Counsel for Defendant