*E-FILED: 7.31.2007*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAN JOSE STATE UNIVERSITY,<br><br>　　　　Defendant.<br>_____/ | No. C04-04086 HRL<br><br>Consolidated With:　C04-04768 HRL<br>　　　　　　　　　　　C05-01242 HRL<br>　　　　　　　　　　　C05-01833 HRL<br>　　　　　　　　　　　C06-04695 HRL<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO CONTINUE MOTION HEARINGS**<br><br>**[Docket No. 240]** |

　　　There are several motions set for hearing before this court on August 7, 2007 at 10:00 a.m. Plaintiff moves to continue those motion hearings to August 21, 2007. The court finds no good cause for the request, and the motion is DENIED.

　　　IT IS SO ORDERED.

Dated:　July 31, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:04-cv-4086 A copy of this document will be mailed to**:

Piotr J. Gardias
72 Floyd Street
San Jose, CA 95110

    Plaintiff (Pro Se)

**Notice will be electronically mailed to**:

Mary Susan Cain-Simon Mary.CainSimon@doj.ca.gov, David.Moss@doj.ca.gov

Fiel D. Tigno fiel.tigno@doj.ca.gov

    Counsel for Defendant