*E-FILED: 8.2.2007*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAN JOSE STATE UNIVERSITY,<br><br>　　　　Defendant.<br>_____ / | No. C04-04086 HRL<br><br>Consolidated With:　C04-04768 HRL<br>　　　　　　　　　　　C05-01242 HRL<br>　　　　　　　　　　　C05-01833 HRL<br>　　　　　　　　　　　C06-04695 HRL<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR AN ORDER SHORTENING TIME** |

　　　　On July 26, 2007, plaintiff filed a "Motion for Subpoenas Quashing" along with a motion for an order shortening time. Plaintiff's request for an August 7, 2007 hearing on his motion to quash is denied. However, the court will set an expedited hearing for August 21, 2007. Because defendant has already filed its opposition papers to the underlying motion to quash, the briefing and hearing schedule will be as follows:

•　　　　Plaintiff's reply shall be filed and served no later than **August 10, 2007**;

•　　　　Plaintiff's "Motion for Subpoenas Quashing" will be heard on **August 21, 2007, 10:00 a.m. in Courtroom 2**.

　　　　Additionally, the court requests that defendant file a copy of each of the subpoenas at issue as soon as possible, but in any event, no later than **August 10, 2007**.

IT IS SO ORDERED.

Dated: August 2, 2007


HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 **5:04-cv-4086 A copy of this document will be mailed to**:

2 Piotr J. Gardias
72 Floyd Street
3 San Jose, CA 95110

4     Plaintiff (Pro Se)

6 **Notice will be electronically mailed to**:

7 Mary Susan Cain-Simon Mary.CainSimon@doj.ca.gov, David.Moss@doj.ca.gov

8 Fiel D. Tigno fiel.tigno@doj.ca.gov

9     Counsel for Defendant