**\*E-FILED: 8.13.2007\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS,<br><br>        Plaintiff,<br><br>   v.<br><br>SAN JOSE STATE UNIVERSITY,<br><br>        Defendant.<br>_____/ | No. C04-04086 HRL<br><br><u>Consolidated With</u>:   C04-04768 HRL<br>                               C05-01242 HRL<br>                               C05-01833 HRL<br>                               C06-04695 HRL<br><br>**ORDER RE PLAINTIFF'S "MOTION TO COMPEL: REQUEST FOR RULING"**<br><br>**[Docket No. 223]** |

On July 2, 2007, plaintiff Piotr Gardias filed a document entitled "Motion to Compel: Request for Ruling." The motion does not cite any recognized procedures for discovery. Nor does it seek relief appropriate on a motion to compel. Accordingly, the court will not entertain it.

IT IS SO ORDERED.

Dated:   August 13, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **A copy of this document will be mailed to**:

2  Piotr J. Gardias
   72 Floyd Street
3  San Jose, CA 95110

4      Plaintiff (Pro Se)

6  **Notice has been electronically mailed to**:

7  Mary Susan Cain-Simon Mary.CainSimon@doj.ca.gov, David.Moss@doj.ca.gov

8  Fiel D. Tigno fiel.tigno@doj.ca.gov