**\*E-FILED: 8.13.2007\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS, | No. C04-04086 HRL |
| Plaintiff, | <u>Consolidated With</u>:     C04-04768 HRL |
| v. | C05-01242 HRL |
| | C05-01833 HRL |
| | C06-04695 HRL |
| SAN JOSE STATE UNIVERSITY, | **ORDER RE PLAINTIFF'S APPLICATION FOR ORDER SHORTENING TIME** |
| Defendant. | |
| | **[Docket No. 229]** |

On July 9, 2007, plaintiff Piotr Gardias filed a document entitled "Application for Order Shortening Time Plaintiff's Motion that Defendant Answer to Plaintiff's Fourth Request for Interrogatories - Privacy but not to Defendant's made-up story." The motion was not filed in compliance with Civil Local Rules 6 or 7 and does not appear to seek relief appropriate on a motion to compel. Accordingly, the court will not entertain it.

IT IS SO ORDERED.

Dated: August 13, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**A copy of this document will be mailed to**:

Piotr J. Gardias
72 Floyd Street
San Jose, CA 95110

      Plaintiff (Pro Se)

**Notice has been electronically mailed to**:

Mary Susan Cain-Simon Mary.CainSimon@doj.ca.gov, David.Moss@doj.ca.gov

Fiel D. Tigno fiel.tigno@doj.ca.gov