*E-FILED: 8.15.2007*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS,<br><br>    Plaintiff,<br><br>  v.<br><br>SAN JOSE STATE UNIVERSITY,<br><br>    Defendant.<br>_____/ | No. C04-04086 HRL<br><br>Consolidated With:   C04-04768 HRL<br>                             C05-01242 HRL<br>                             C05-01833 HRL<br>                             C06-04695 HRL<br><br>**ORDER RE PLAINTIFF'S APPLICATION FOR ORDER SHORTENING TIME**<br><br>[Re: Docket No. 231] |

On July 9, 2007 plaintiff Piotr Gardias filed a document entitled "Application for Order Shortening Time Plaintiff's Motion that Defendant Answer to Defendant's Unnumbered Interrogatory Instead to Plaintiff's items: 1.0, 1.1, 2.0, 2.1, 3.0, 3.1 is wrong and Plaintiff's items must be answered under oath." The motion was not filed in compliance with Civil Local Rules 6 or 7. Additionally, it is not clear what relief plaintiff seeks or why. According, the court will not entertain it.

IT IS SO ORDERED.

Dated: August 15, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**A copy of this document will be mailed to**:

Piotr J. Gardias
72 Floyd Street
San Jose, CA 95110

    Plaintiff (Pro Se)

**Notice has been electronically mailed to**:

Mary Susan Cain-Simon Mary.CainSimon@doj.ca.gov, David.Moss@doj.ca.gov

Fiel D. Tigno fiel.tigno@doj.ca.gov