**\*E-FILED: 8.22.2007\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS, | No. C04-04086 HRL |
| Plaintiff, | Consolidated With:  C04-04768 HRL |
| v. | C05-01242 HRL |
| | C05-01833 HRL |
| | C06-04695 HRL |
| SAN JOSE STATE UNIVERSITY, | **ORDER RE DEFENDANT'S AUGUST 6, 2007 SUBMISSION RE THIRD-PARTY SUBPOENAS** |
| Defendant. | |

_____/

On August 6, 2007, at the court's request, defendant e-filed copies of several third-party subpoenas. It has come to the court's attention that when defendant filed copies of the subpoenas in question, it redacted plaintiff's personal data (namely, social security number and birth date) on most, but not all, of the documents in question. It appears that any disclosure was inadvertent. Nevertheless, **no later than August 31, 2007**, defendant shall re-file the subpoenas with all personal data identifiers redacted. *See* Civ. L.R. 3-17(a). The existing Docket No. 252 shall be expunged by the Clerk of the Court.

IT IS SO ORDERED.

Dated:    August 22, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**A copy of this document will be mailed to**:

Piotr J. Gardias
72 Floyd Street
San Jose, CA 95110

    Plaintiff (Pro Se)

**Notice has been electronically mailed to**:

Mary Susan Cain-Simon Mary.CainSimon@doj.ca.gov, David.Moss@doj.ca.gov

Fiel D. Tigno fiel.tigno@doj.ca.gov