***E-FILED: 8.22.2007***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PIOTR J. GARDIAS,

Plaintiff,

v.

SAN JOSE STATE UNIVERSITY,

Defendant.

______________________________________/

No. C04-04086 HRL

Consolidated With: C04-04768 HRL
C05-01242 HRL
C05-01833 HRL
C06-04695 HRL

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

**[Re: Docket No. 266]**

On August 13, 2007, plaintiff filed a "Motion to Extent [sic] Time To Answer Defendant's Interrogatories and Produce Any Documents in Plaintiff's Possession." Although it is not clear, plaintiff apparently is referring to this court's August 8, 2007 order granting defendant's motion to compel. In that order, Gardias was directed to serve his responses to defendant's interrogatories and related document requests by August 17, 2007. He now requests (a) a two-week extension to serve his discovery requests; and (b) an order shifting the associated discovery costs to defendant.

Defendant having confirmed that it has no objection, plaintiff's request for an extension of time is granted. Plaintiff now has until **August 31, 2007** to serve his interrogatory answers and documents.

United States District Court
For the Northern District of California

United States District Court
For the Northern District of California

However, plaintiff's request to have defendant bear his costs in responding to this discovery is denied. This court has already found that the discovery requests in question are legitimate. Plaintiff has made no showing that they are unreasonably excessive or that any burden imposed is undue. *See* Fed.R.Civ.P. 26(b)(2)(C); *see also OpenTV v. Liberate Techs.*, 219 F.R.D. 474 (N.D. Cal. 2003).

IT IS SO ORDERED.

Dated: August 22, 2007



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

**A copy of this document mailed to**:

Piotr J. Gardias
72 Floyd Street
San Jose, CA 95110

Plaintiff (Pro Se)

**Notice electronically mailed to**:

Mary Susan Cain-Simon Mary.CainSimon@doj.ca.gov, David.Moss@doj.ca.gov

Fiel D. Tigno fiel.tigno@doj.ca.gov