**United States District Court**
For the Northern District of California

*E-FILED: 9.5.2007*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS, | No. C04-04086 HRL |
| Plaintiff, | Consolidated With: C04-04768 HRL |
| v. | C05-01242 HRL |
| | C05-01833 HRL |
| | C06-04695 HRL |
| SAN JOSE STATE UNIVERSITY, | **ORDER DENYING PLAINTIFF'S MOTIONS FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |
| Defendant. | |
| _____/ | **[Re: Docket Nos. 273, 274]** |

On August 21, 2007, plaintiff moved for leave to file a motion for reconsideration as to certain aspects of this court's August 9, 2007 order granting in part and denying in part his motion to compel discovery. Upon consideration of the papers submitted, the court finds that no further briefing or hearing is necessary. *See* CIV. L.R. 7-9(d). Plaintiff has not presented any material facts or legal issues which would warrant the filing of a motion for reconsideration. *See* CIV. L.R. 7-9(b). Accordingly, his request for permission to do so is DENIED.

IT IS SO ORDERED.

Dated:   September 5, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 **A copy of this document mailed to**:

2 Piotr J. Gardias
72 Floyd Street
3 San Jose, CA 95110

4     Plaintiff (Pro Se)

5

6 **Notice electronically mailed to**:

7 Mary Susan Cain-Simon:  Mary.CainSimon@doj.ca.gov, David.Moss@doj.ca.gov

8 Fiel D. Tigno:  fiel.tigno@doj.ca.gov