*E-FILED: 9.6.2007*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAN JOSE STATE UNIVERSITY,<br><br>　　　　Defendant.<br>_____/ | No. C04-04086 HRL<br><br>Consolidated With:　C04-04768 HRL<br>　　　　　　　　　　C05-01242 HRL<br>　　　　　　　　　　C05-01833 HRL<br>　　　　　　　　　　C06-04695 HRL<br><br>**ORDER RE PLAINTIFF'S MOTION TO COMPEL RE ASSOCIATE DIRECTOR POSITIONS**<br><br>**[Docket No. 245]** |

On July 31, 2007 plaintiff Piotr Gardias filed a document entitled "Motion to Compel Associate Director Positions Related to Bayer and Other Issues." In it, he provides a list of documents which he asks the court to compel defendant to produce. However, it is not apparent that he served requests for the documents he now seeks to compel (*see* Fed.R.Civ.P. 34) or that he made any effort to meet-and-confer with defendant before he filed this motion (*see* Civ. L.R. 37-1(a)). The motion does not otherwise appear to seek relief appropriate on a motion to compel. Accordingly, the court will not entertain it. The motion hearing set for September 11, 2007 is vacated.

　　　　IT IS SO ORDERED.

Dated:　　September 6, 2007



_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

United States District Court<br>For the Northern District of California

1 **A copy of this document will be mailed to**:

2 Piotr J. Gardias
72 Floyd Street
3 San Jose, CA 95110

4       Plaintiff (Pro Se)

5

6 **Notice has been electronically mailed to**:

7 Mary Susan Cain-Simon Mary.CainSimon@doj.ca.gov, David.Moss@doj.ca.gov

8 Fiel D. Tigno fiel.tigno@doj.ca.gov

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28