**\*E-FILED:  9.6.2007\***

United States District Court
For the Northern District of California

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS, | No. C04-04086 HRL |
| Plaintiff, | <u>Consolidated With</u>:   C04-04768 HRL |
| v. | C05-01242 HRL |
| | C05-01833 HRL |
| | C06-04695 HRL |
| SAN JOSE STATE UNIVERSITY, | **INTERIM ORDER RE PLAINTIFF'S MOTION FOR DEPOSITION LIMITS** |
| Defendant. | |
| _____/ | |

Before the court is plaintiff's "Motion to Compel re Defendant's Notice of Deposition" (Docket #279) in which he requests a court order limiting his deposition to a maximum of two hours daily, with a minimum two-day interval between deposition sessions.  Before ruling on that motion, the court would like to hear from defendant.  Accordingly, IT IS ORDERED THAT:

    1.    No later than September 11, 2007, defendant shall file a response (not to exceed three pages) to plaintiff's request.  The court is particularly interested in defendant's answers to the following:

        a.    Did defendant issue its deposition notice in compliance with Civil Local Rule 30-1?

      b.    Did defendant provide plaintiff, at least three days in advance of his deposition, copies of those documents which are anticipated to be the subject of examination as per this court's August 8, 2007 order (*see* Docket #257)?

    2.    Upon receipt of defendant's response, briefing will close, no further briefing will be accepted from either party, and the matter will be deemed submitted without oral argument.

Dated:    September 6, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **A copy of this document will be mailed to**:

2  Piotr J. Gardias
   72 Floyd Street
3  San Jose, CA 95110

4      Plaintiff (Pro Se)

5

6  **Notice has been electronically mailed to**:

7  Mary Susan Cain-Simon Mary.CainSimon@doj.ca.gov, David.Moss@doj.ca.gov

8  Fiel D. Tigno fiel.tigno@doj.ca.gov