**United States District Court**
For the Northern District of California

*E-FILED 9.18.2007*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS, | No. C04-04086 HRL |
| Plaintiff, | Consolidated With:  C04-04768 HRL |
| v. | C05-01242 HRL |
| | C05-01833 HRL |
| | C06-04695 HRL |
| SAN JOSE STATE UNIVERSITY, | **ORDER DENYING PLAINTIFF'S MOTION TO COMPEL RE INTERROGATORIES** |
| Defendant. | |
| | **[Docket No. 270]** |

On August 16, 2007, plaintiff filed a document entitled "Motion to Compel Plaintiff's Forth [sic] Request for Interrogatories PRIVACY." In it, he apparently seeks an order directing Maria Rivera to (a) sign defendant's interrogatory responses as an "answering party" and (b) verify defendant's interrogatory answers under oath.

This court has already ruled on the propriety of Rivera's verification made on defendant's behalf. (*See* Docket #260 (August 9, 2007 Order Denying Plaintiff's Motion to Compel); *see also* Docket #283 (September 6, 2007 Order Denying Plaintiff's Motion to Compel re Interrogatories")). The instant motion merely repeats the same request for relief and

1  provides no basis for this court to depart from its prior rulings.[1]  Accordingly, plaintiff's motion
2  is DENIED.
3       IT IS SO ORDERED.
4  Dated:   September 18, 2007



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] In any event the interrogatory in question appears to concern issues relating to his health/medical condition.  However, plaintiff recently disclaimed any intent to inject such issues into the instant consolidated lawsuit.

2

**A copy of this document will be mailed to**:

Piotr J. Gardias
72 Floyd Street
San Jose, CA 95110

    Plaintiff (Pro Se)

**Notice has been electronically mailed to**:

Mary Susan Cain-Simon Mary.CainSimon@doj.ca.gov, David.Moss@doj.ca.gov

Fiel D. Tigno fiel.tigno@doj.ca.gov