**United States District Court**
For the Northern District of California

**\*E-FILED: 10/3/2007\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS, | No. C04-04086 HRL |
| Plaintiff, | Consolidated With:   C04-04768 HRL |
| v. | C05-01242 HRL |
| | C05-01833 HRL |
| | C06-04695 HRL |
| SAN JOSE STATE UNIVERSITY, | **ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL** |
| Defendant. | **[Docket No. 271]** |

On August 17, 2007, plaintiff filed a document entitled "Motion to Compel re: Rambling." In it, he apparently seeks an order compelling certain individuals to respond to what apparently were intended to be requests for admission pursuant to Fed. R. Civ. P. 36 – albeit he refers to the requests as "interrogatories." He also requests an order directing Maria Rivera to sign defendant's responses as an "answering party" and verify defendant's interrogatory answers under oath pursuant to Fed. R. Civ. P. 33.

With respect to plaintiff's requests for admission, he appears to seek admissions as to whether members of an interview committee made certain statements about his communication skills. Plaintiff prefaced his requests with a long preamble. Defendant responded to plaintiff's preamble as an "Unnumbered Interrogatory," objected to it as unintelligible, and stated that it

would make the referenced individuals available for deposition if plaintiff wished. It then responded to plaintiff's numbered requests by referring to its answer to the "Unnumbered Interrogatory." Plaintiff now seeks to compel answers to the numbered requests – *i.e.*, request numbers 1.0, 1.1, 2.0, 2.1, 3.0 and 3.1.

Insofar as plaintiff seeks testimony from various non-party individuals through his requests for admission, his motion is denied. However, plaintiff's motion will be granted as follows: The court construes plaintiff's numbered requests as requests for admission and defendant shall respond them as such. Defendant's responses shall be served on plaintiff **no later than October 12, 2007**.

As for plaintiff's request concerning Maria Rivera's verification, this court has already ruled on the propriety of Rivera's verification made on defendant's behalf. (*See* Docket #260 (August 9, 2007 Order Denying Plaintiff's Motion to Compel); *see also* Docket #283 (September 6, 2007 Order Denying Plaintiff's Motion to Compel re Interrogatories")). The instant motion merely repeats the same request for relief and provides no basis for this court to depart from its prior rulings. Accordingly, plaintiff's motion as to Maria Rivera is DENIED.

IT IS SO ORDERED.

Dated: October 3, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**A copy of this document will be mailed to**:

Piotr J. Gardias
72 Floyd Street
San Jose, CA 95110

    Plaintiff (Pro Se)

**Notice has been electronically mailed to**:

Mary Susan Cain-Simon Mary.CainSimon@doj.ca.gov, David.Moss@doj.ca.gov

Fiel D. Tigno fiel.tigno@doj.ca.gov