**United States District Court**
For the Northern District of California

1

2

3                                    **\*E-FILED:  10/3/2007\***

4

5

6

7                                    NOT FOR CITATION

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                   SAN JOSE DIVISION

11

12   PIOTR J. GARDIAS,                          No. C04-04086 HRL

13            Plaintiff,                        Consolidated With:   C04-04768 HRL
                                                                     C05-01242 HRL
14       v.                                                          C05-01833 HRL
                                                                     C06-04695 HRL
15   SAN JOSE STATE UNIVERSITY,
                                                **ORDER DENYING PLAINTIFF'S
16            Defendant.                        MOTION TO COMPEL**

17                                              **[Docket No. 288]**

18   _____/

19         On September 10, 2007, plaintiff filed a document entitled "Motion to Compel, Request

20   for Ruling that Cain-Simon committed fraud."  It is not entirely clear what relief plaintiff seeks

21   by this motion.  However, he says that, before this court granted his motion to quash, several of

22   his health care providers produced documents in response to defendant's various subpoenas for

23   his medical records.  He seems to assert that Cain-Simon "committed fraud" because she failed

24   to advise the court of this fact at the hearing on his motion to quash.  Plaintiff also insists that he

25   has not waived all claims concerning his health.

26         Plaintiff appears to be upset that his health care providers responded to defendant's

27   subpoenas before the court had a chance to rule on his motion to quash.  But the court finds no

28   grounds on the record presented to conclude that defense counsel perpetrated a fraud.

1  Moreover, at the motion hearing on plaintiff's motion to quash, in an effort to convince this

2  court that defendant was not entitled to any discovery of his medical records, plaintiff

3  disclaimed any intent to inject issues concerning his health or medical condition in this lawsuit.

4  He also confirmed that his lawsuits concerned only alleged discrimination based on his age and

5  national origin.  As such, the court agreed that defendant's requested discovery was irrelevant.

6  Plaintiff's instant motion to compel is denied.

7       IT IS SO ORDERED.

8

9  Dated:    October 3, 2007



10  _____
    HOWARD R. LLOYD
    UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California

1 | **A copy of this document will be mailed to**:

2 | Piotr J. Gardias
72 Floyd Street
3 | San Jose, CA 95110

4 |      Plaintiff (Pro Se)

5

6 | **Notice has been electronically mailed to**:

7 | Mary Susan Cain-Simon Mary.CainSimon@doj.ca.gov, David.Moss@doj.ca.gov

8 | Fiel D. Tigno fiel.tigno@doj.ca.gov

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28