**\*E-FILED 10/11/2007\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAN JOSE STATE UNIVERSITY,<br><br>　　　　Defendant.<br>_____/ | No. C04-04086 HRL<br><br>Consolidated With:　C04-04768 HRL<br>　　　　　　　　　　　C05-01242 HRL<br>　　　　　　　　　　　C05-01833 HRL<br>　　　　　　　　　　　C06-04695 HRL<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY**<br><br>**[Docket No. 303]** |

　　　　On October 2, 2007, plaintiff filed a "Motion To Extend Time and to allow plaintiff answer to defendant's Reply To Plaintiff's Opposition to Defendant's Motion for Terminating Sanctions." This court construes the motion as one seeking leave to file a sur-reply on defendant's motion for terminating sanctions, which is set for hearing on October 16, 2007.

　　　　The court finds that no further briefing on that motion is warranted. Accordingly, plaintiff's request for leave to file a sur-reply is denied. To the extent plaintiff wishes to address assertions made by defendant in its reply brief, he may bring those matters to the court's attention at the October 16, 2007 motion hearing.

　　　　IT IS SO ORDERED.

Dated:　October 11, 2007



_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **A copy of this document will be mailed to**:

2  Piotr J. Gardias
3  72 Floyd Street
   San Jose, CA 95110

4      Plaintiff (Pro Se)

6  **Notice has been electronically mailed to**:

7  Mary Susan Cain-Simon Mary.CainSimon@doj.ca.gov, David.Moss@doj.ca.gov

8  Fiel D. Tigno fiel.tigno@doj.ca.gov