**\*E-FILED 10/11/2007\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS,<br><br>    Plaintiff,<br>  v.<br><br>SAN JOSE STATE UNIVERSITY,<br><br>    Defendant.<br>_____/ | No. C04-04086 HRL<br><br>Consolidated With:   C04-04768 HRL<br>                     C05-01242 HRL<br>                     C05-01833 HRL<br>                     C06-04695 HRL<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>**[Re:  Docket No. 301]** |

On October 2, 2007, plaintiff moved for leave to file a motion for reconsideration as to this court's September 10, 2007 order denying his request to retroactively deem his "Motion to Consolidate" to be an amended complaint.  Upon consideration of the papers submitted, the court finds that no further briefing or hearing is necessary.  *See* CIV. L.R. 7-9(d).  Plaintiff has not presented any material facts or legal issues which would warrant the filing of a motion for reconsideration.  *See* CIV. L.R. 7-9(b).  Accordingly, his request for permission to do so is DENIED.

IT IS SO ORDERED.

Dated:  October 11, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**A copy of this document mailed to**:

Piotr J. Gardias
72 Floyd Street
San Jose, CA 95110

    Plaintiff (Pro Se)

**Notice electronically mailed to**:

Mary Susan Cain-Simon:  Mary.CainSimon@doj.ca.gov, David.Moss@doj.ca.gov

Fiel D. Tigno:  fiel.tigno@doj.ca.gov