***E-FILED 10/12/2007***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS, | No. C04-04086 HRL |
| Plaintiff, | <u>Consolidated With</u>:  C04-04768 HRL |
| | C05-01242 HRL |
| v. | C05-01833 HRL |
| | C06-04695 HRL |
| SAN JOSE STATE UNIVERSITY, | **ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR EXTENSION RE SUMMARY JUDGMENT** |
| Defendant. | |
| _____/ | **[Docket No. 302]** |

On September 25, 2007, defendant filed a motion for summary judgment and noticed the hearing for October 30, 2007. In view of the court's unavailability on that date, the motion hearing was continued by the court to November 13, 2007, and the briefing schedule was adjusted accordingly. Plaintiff now requests an additional 60 days to prepare his opposition papers.

The court declines to extend the briefing and hearing schedule that far. Nonetheless, in consideration of plaintiff's pro se status and the numerosity of the claims being asserted in this consolidated action, the court will give plaintiff some additional time to prepare his opposition papers. Accordingly, plaintiff's motion is granted in part, and the briefing and hearing schedule

on defendant's summary judgment motion is modified as follows:

- Plaintiff's opposition shall be filed by **November 13, 2007**;
- Defendant's reply shall be filed by **November 20, 2007**; and
- The hearing on defendant's motion for summary judgment is continued to **December 4, 2007, 10:00 a.m. in Courtroom 2**.

IT IS SO ORDERED.

Dated:   October 12, 2007

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**A copy of this document will be mailed to**:

Piotr J. Gardias
72 Floyd Street
San Jose, CA 95110

  Plaintiff (Pro Se)

**Notice has been electronically mailed to**:

Mary Susan Cain-Simon Mary.CainSimon@doj.ca.gov, David.Moss@doj.ca.gov

Fiel D. Tigno fiel.tigno@doj.ca.gov