**United States District Court**
For the Northern District of California

1

2                                                    **\*E-FILED ON 4/10/2008\***

3

4

5

6

7                                    NOT FOR CITATION

8                         IN THE UNITED STATES DISTRICT COURT

9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                    SAN JOSE DIVISION

11

PIOTR J. GARDIAS,                              No. C04-04086 HRL

12
                    Plaintiff,                 Consolidated With:    C04-04768 HRL
13                                                                   C05-01242 HRL
         v.                                                          C05-01833 HRL
14                                                                   C06-04695 HRL

15   SAN JOSE STATE UNIVERSITY,                **ORDER GRANTING IN PART
                                               PLAINTIFF'S MOTIONS TO EXTEND
16                  Defendant.                 TIME TO FILE OPPOSITION TO
                                               SUMMARY JUDGMENT MOTION**
17   _____/
                                               **[Re: Docket Nos. 326, 327]**
18

19

20         On April 1, 2008, plaintiff filed a motion seeking a two-week extension of time to file

21   his opposition to defendant's summary judgment motion.  Then, on April 8, 2008, he filed a

22   second motion seeking a three-week extension to file his opposition papers.  Defendant opposes

23   the motions.  Upon consideration of the moving and responding papers, the court orders as

24   follows:

25         Plaintiff has not shown good cause for any extension.  He was given notice of the

26   current summary judgment briefing deadlines and hearing date months ago.  He was served

27   with defendant's motion one month ago; and, he has had more than ample time to prepare his

28   opposition.  Indeed, in consideration of plaintiff's pro se status and the numerosity of the

**United States District Court**
For the Northern District of California

1  claims being asserted in this consolidated action, the court set a briefing schedule that gives him

2  considerably more time to prepare his opposition papers than he would have on a normal

3  briefing schedule under Civil Local Rule 7.  Moreover, defendant's pending summary judgment

4  motion appears to be substantially similar to the one it filed and served in September 2007.[1]  At

5  the same time, however, the court does not find that defendant will be seriously prejudiced by a

6  brief continuance of the remaining briefing deadlines and hearing date.  Accordingly, IT IS

7  ORDERED THAT:

8       1.    Plaintiff shall have until **April 22, 2008** in which to file his opposition to

9  defendant's motion for summary judgment.  Plaintiff is reminded that he shall **<u>not</u>** file his

10  opposition papers in piecemeal fashion.  Instead, he must file and serve **<u>all</u>** of his opposition

11  papers (including any witness declarations, his own declaration, and any other documents he

12  chooses to submit in support of his opposition) **at one time by the April 22, 2008 deadline**.

13  **<u>Plaintiff is further advised that this extension is final.  No further extensions will be</u>**

14  **<u>granted</u>**.

15       2.    Defendant's reply is due by **May 6, 2008**.

16       3.    The hearing on defendant's summary judgment motion is **continued to May 20,**

17  **2008, 10:00 a.m.**

18

19  Dated:    April 10, 2008

20                                  HOWARD R. LLOYD
                                UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

---

26      [1]    Plaintiff also sought extensions of time with respect to defendant's prior
summary judgment motion.  Ultimately, the hearing on defendant's motion was vacated, and

27  briefing was suspended, in order to allow time for defendant to complete plaintiff's
deposition.  A new briefing and hearing schedule was set when defendant indicated that it

28  intended to re-notice and supplement its original motion to include evidence from plaintiff's
deposition testimony.  (*See* Docket No. 322).

**A copy of this document will be mailed to**:

Piotr J. Gardias
72 Floyd Street
San Jose, CA 95110

       Plaintiff (Pro Se)


**Notice has been electronically mailed to**:

Mary Susan Cain-Simon Mary.CainSimon@doj.ca.gov, David.Moss@doj.ca.gov

Fiel D. Tigno fiel.tigno@doj.ca.gov