**\*E-FILED 5/29/2008\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS,<br><br>   Plaintiff,<br><br>   v.<br><br>SAN JOSE STATE UNIVERSITY,<br><br>   Defendant. | No. C04-04086 HRL<br><br>Consolidated With:   C04-04768 HRL<br>                             C05-01242 HRL<br>                             C05-01833 HRL<br>                             C06-04695 HRL<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR A FURTHER EXTENSION OF TIME** |

On May 14, 2008, this court issued an interim order permitting the parties to file supplemental briefs in connection with defendant's pending summary judgment motion. The deadline for plaintiff's supplemental opposition is May 30, 2008. On May 28, 2008, plaintiff filed a request seeking an extension of time because (a) he reportedly does not understand defendant's citations to his deposition testimony;[1] and (b) he would like to respond to several (unidentified) documents he says he received from defendant.

Plaintiff has not shown good cause for an extension. He has had more than ample time to prepare his opposition papers. The sole purpose of permitting a supplemental opposition was to give him an opportunity to address the 11 pages of his own deposition testimony that he did

---

[1] Plaintiff is advised that the court understands defendant's deposition citations to follow the conventional format for citing testimony. For example, the citation "905:5-906:8" refers to testimony appearing on page 905, line 5 through page 906, line 8 of the deposition transcript.

1  not receive before his opposition was due. (*See* May 14, 2008 Order, Docket #343). The
2  request for an extension is denied.
3       SO ORDERED.
4  Dated:   May 29, 2008



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **5:04-cv-4086 Notice will be electronically mailed to**:

2  Mary Susan Cain-Simon Mary.CainSimon@doj.ca.gov, David.Moss@doj.ca.gov

3  Fiel Dizon Tigno fiel.tigno@doj.ca.gov

4  **5:04-cv-4086 Notice will be mailed to:**

5  Piotr J. Gardias
   72 Floyd St.
6  San Jose, CA 95110