***E-FILED 8/7/2008***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS, | No. C04-04086 HRL |
| Plaintiff, | Consolidated With:   C04-04768 HRL |
| v. | C05-01242 HRL |
| | C05-01833 HRL |
| | C06-04695 HRL |
| SAN JOSE STATE UNIVERSITY, | **ORDER DENYING PLAINTIFF'S MOTION FOR A RESTRAINING ORDER** |
| Defendant. | |
| | **[Docket No. 352]** |

Plaintiff moves for an order directing "defendant to stop harassing plaintiff." Without describing the conduct he claims is harassing, or even explaining why he is entitled to any sort of protective order, he requests that the court enter "a restraining order against Scott Anderson and Adam Bayer." Defendant opposes the request.[1] In any event, on the record presented, the court does not find a cognizable basis for the relief requested. Accordingly, plaintiff's motion is denied. The requested August 12, 2008 hearing is vacated.

Dated:   August 7, 2008

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant filed its letter response in Case No. C07-06242 HRL (Docket #24). However, based on a review of the court's docket, it is apparent that defendant's letter was filed in response to the instant motion.

United States District Court
For the Northern District of California

1  **5:04-cv-4086 Notice will be electronically mailed to**:

2  Mary Susan Cain-Simon Mary.CainSimon@doj.ca.gov, David.Moss@doj.ca.gov

3  Fiel Dizon Tigno fiel.tigno@doj.ca.gov

4  **5:04-cv-4086 Notice will be mailed to:**

5  Piotr J. Gardias
   72 Floyd St.
6  San Jose, CA 95110