**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIOTR J. GARDIAS, | No. C04-04086 HRL |
| Plaintiff, | Consolidated With: C04-04768 HRL |
| v. | C05-01242 HRL |
| | C05-01833 HRL |
| | C06-04695 HRL |
| SAN JOSE STATE UNIVERSITY, | **JUDGMENT** |
| Defendant. | |

The court having granted defendant's motion for summary judgment, IT IS ORDERED, ADJUDGED AND DECREED THAT judgment be entered in favor of defendant.

Dated: March 31, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:04-cv-4086 Notice has been electronically mailed to:**

Fiel Dizon Tigno fiel.tigno@doj.ca.gov

Mary Susan Cain-Simon Mary.CainSimon@doj.ca.gov, Leticia.MartinezCarter@doj.ca.gov

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.

**5:04-cv-4086 Notice mailed to:**

Piotr J. Gardias
72 Floyd St.
San Jose, CA 95110